# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        Case No. 05-CR-136

  -vs-

**BILAL MUHAMMAD,**

        **Defendant.**

## ORDER

Before the Court is Bilal Muhammad's ("Muhammad") objection to Magistrate Judge Aaron Goodstein's Recommendation relative to Muhammad's Motion to Suppress and the government's response thereto.

The Court has read the submissions and finds that Magistrate Judge Goodstein's conclusions are correct as is the rationale supporting those conclusions. The Court therefore adopts Magistrate Judge Goodstein's Recommendations *in toto*.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Muhammad's Motion to Suppress is **DENIED.**

Dated at Milwaukee, Wisconsin, this 10th day of August, 2005.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**