# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 05-CR-136

-vs-

BILAL MUHAMMAD, a.k.a. Robert Briggs,

        Defendant.

## ORDER

Before the Court is Magistrate Judge Aaron E. Goodstein's Recommendation that defendant, Bilal Muhammad's ("Muhammad"), Motion to Sever Counts One and Two of the above-captioned case be denied. The Court, having read Muhammad's objections to the Recommendation and the government's response, rules as follows.

The Court adopts the Magistrate Judge's conclusions and the rationale supporting those conclusions.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The defendant's Motion to Sever Counts One and Two is **DENIED.**

Dated at Milwaukee, Wisconsin, this 8th day September, 2005.

                                            **SO ORDERED,**

                                            **s/ Rudolph T. Randa**
                                            **HON. RUDOLPH T. RANDA**
                                            **Chief Judge**